Fourth Circuit, Parish of Jefferson. 197 So.2d 754.

Writ granted but limited to the issue of whether the prescription of five years applies in this case. In all other respects the application is denied.

199 So.2d 923

**Rebecca RANDOLPH et al.**

**v.**

**HARTFORD ACCIDENT & INDEMNITY COMPANY et al.**

**No. 48770.**

June 12, 1967.

In re: Toye Brothers Yellow Cab Company applying for writs of certiorari, prohibition and mandamus.

Application denied. Relator has not made such a showing which would justify the exercise of our supervisory jurisdiction.

HAMITER, J., recused.